IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 23 2008
FILED
MAY 23 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Girolamo Mangiameli

vs.

Family Hyundai, Inc.

08CV3006
JUDGE ST. EVE
MAGISTRATE JUDGE SCHENKIER

COMPLAINT

Now Comes plaintiff Girolamo Mangiameli, by and through attorney Harry S. Weber and for his complaint states as follows:

## I  THE PARTIES

1. Plaintiff is an individual and has resided at 1835 North 77th Avenue, in Elmwood Park, Illinois 60707, at all relevant times relevant hereto.

2. Defendant is a corporation incorporated under the laws of the State of Illinois, that at all times relevant hereto maintained its principal place of business at 159th Street, in the City of Tinley Park, County of Cook, and State of Illinois. At all times relevant hereto, Defendant employed in excess of fifteen people.

## II  JURISDICTION AND VENUE

3. In or about February 15, 2008, Plaintiff filed a charge of discrimination against Defendant with the United States Equal Employment Opportunity Commission (the "EEOC"), alleging that he was discriminated against on the basis of a disability in violation of Title I of the Americans with Disabilities Act, 42 U.S.C.A. Sections 12101 et seq. (the "ADA"). Said charge was filed within 300 days of the date of

Plaintiff's discharge by Defendant. (A copy of said charge is attached hereto and incorporated herein by reference as Exhibit A.)

4. On or about March 18, 2008, Plaintiff received a notice of right to sue against Defendant under the ADA. (A copy of said notice is attached hereto and incorporated herein by reference as Exhibit B.)

5. On April 4, 2008, within the aforementioned Ninety day right to sue period, Plaintiff filed the instant action.

6. Plaintiff has therefore exhausted his administrative remedies and has complied with all conditions precedent to maintaining this action.

7. This Court has original jurisdiction over this matter pursuant to 28 U.S.C.A. Sections 1343, 1331, as it is a civil rights action arising under the laws of the United States.

8. Venue in this district is proper under 28 U.S.C.A Section 1391(b) as the parties reside in this judicial district and the events giving rise to this action occurred in this judicial district.

### III   FACTS RELEVANT TO ALL CLAIMS

9. On or about October 25, 2002, Plaintiff was hired by Defendant in the position of Finance Manager and at all relevant times hereto was employed by Defendant.

10. At all times relevant hereto, Plaintiff performed his job duties to Defendant's legitimate satisfaction.

11. On or about April 21, 2007, Plaintiff became ill with a Brain Aneurism, which was diagnosed by his physician.

2

12. Plaintiff's physician advised Plaintiff to take a leave of absence from his position in order to recover from his condition.

13. Plaintiff was absent from work for about five months. On or about September 12, 2007, Plaintiff's physician released him to return to work without any medical restrictions whatsoever. After Plaintiff advised defendant of this release, and provided defendant with medical records documenting his release, Plaintiff attempted to return to work. He had substantially recovered from his medical condition, he did not pose a threat to any of his co-employees, and he was able to perform all of his essential job functions without any limitations whatsoever. Plaintiff never returned to work at Defendant's place of business. Plaintiff was informed by Bob Watson, the President of Family Hyundai, Inc., that he was not considered to be mentally fit and that defendant would no longer have use for his services.

14. Plaintiff realleges paragraphs one through thirteen above as if fully realleged herein.

15. Defendant intentionally discriminated against Plaintiff in violation of the ADA by its discharge of him, in that it discharged him because it regarded him as disabled.

16. As a direct and proximate result of said intentional and discriminatory conduct, plaintiff has lost wages and other benefits; his future earning capacity has been substantially impaired; he has suffered severe emotional distress, humiliation, embarrassment, pain and suffering and loss of

3

enjoyment of life; and he has suffered other non-pecuniary losses, all of which will be proven at the trial of this action.

WHEREFORE, Plaintiff prays that this court enter judgment in his favor and grant him the maximum relief allowed by law including, but not limited to; (a) back wages in the (insert amount of lost wages); reinstatement and/or front pay in the (insert amount of front pay); punitive and compensatory damages in the (insert amount); attorneys' fees, costs pre-and post-judgment interest and such other relief as is just and equitable under the circumstances.

Respectfully submitted,

Dated: May 8, 2008

BY: [signature]

Harry S. Weber
Attorney for Girolamo Mangiameli
205 West Randolph Street
Suite 1205
Chicago, Illinois  60606
telephone: 1-312-726-2216
facsimile: 1-312-726-2210

4

EEOC Form 161-B (3/98)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Girolamo Mangiameli<br>1835 North 77th Avenue<br>Elmwood Park, IL 60707 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

CERTIFIED MAIL 7099 3400 0018 8815 6537

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2008-03090 | Rachel Lowell,<br>Investigator | (312) 353-2401 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_signature_ John P. Rowe 3/18/08
John P. Rowe,
District Director
(Date Mailed)

Enclosures(s)

c: FAMILY HYUNDAI

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA<br>☐ EEOC | |

_____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Mr. Girolamo Mangiameli | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1835 North 77th Avenue, | Elmwood Park, IL. 60707 | 6/15/52 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Family Hyundai | | 1-708-429-0444 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 159th Street, | Tinley Park, IL., 60477 | Cook&Will |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☒ Alleged mental-disability  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST (ALL)

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about April 21, 2007, the claimant Girolamo Mangiameli suffered a a brain bleed while at home. At the time Mr. Mangiameli was employed as Finance Director at Family Hyundai. From April 21, 2007, to September 12, 2007. Mr. Mangiameli was incapacitated. He forwarded a letter, Exhibit One to Family Hyundai, and on October 1, 2007, or thereabouts, he received a telephone call from one of the co-owners of Family Hyundai, Bob Watson. Mr. Watson informed Mr. Mangiameli that Mangiameli's services would no longer be needed by Family Hyundai, because it was the opinion of Mr. Watson and Mr. Gleason, "That Mr. Mangiameli would no longer be mentally fit to handle the job of Finance Director, because of Mr. Mangiameli's past illness." Mr. Mangiameli was summarily terminated at this point, from a job that he held since approximately October, 2001.

Mr. Mangiameli was initially rejected unemployment compensation benefits from Family Hyundai on the grounds that Mr. Mangiameli was not terminated but resigned his position because Family Hyundai's

(continued on page two)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>SIGNATURE OF COMPLAINANT<br>_Girolamo Mangiameli_<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(Day, month, and year) |
| Date _____ Charging Party (Signature) | |

EOC FORM 5 (Test 10/84)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☐ EEOC | |

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Girolamo Mangiameli
**HOME TELEPHONE** (Include Area Code):

**STREET ADDRESS**: 1835 North 77th Avenue
**CITY, STATE AND ZIP CODE**: Elmwood Park, IL. 60707
**DATE OF BIRTH**: 6/15/52

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Family Hyundai
**NUMBER OF EMPLOYEES, MEMBERS**:
**TELEPHONE** (Include Area Code): 1-708-429-0444

**STREET ADDRESS**: 159th Street,
**CITY, STATE AND ZIP CODE**: Tinley Park, IL., 60477
**COUNTY**: Cook & Will

**NAME**:
**TELEPHONE NUMBER** (Include Area Code):
**STREET ADDRESS**:
**CITY, STATE AND ZIP CODE**:
**COUNTY**:

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ AGE
☐ RETALIATION  ☐ NATIONAL ORIGIN  ☒ Alleged mental-disability  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)    LATEST (ALL)

☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

interpretation of Exhibit One could have indicated that Mr. Mangiameli would not be able to return to full time employment.
    It is complaintant Mangiameli's contention that he was to be re evaluated on October 4, and at that time if he was cleared for work he would be able for full time employment, which was in fact the case, Mr. Mangiameli having been cleared for full time employment as of October 4, 2007.

    Family Hyundai's business manager Mary Barrett testified under oath in an unemployment compensation hearing held on January 25, 2008, that no one from Family Hyundai ever checked with Dr. Nelson Escobar, Mr. Mangiameli's physician to determine Mr. Mangaimeli's employment status as of October 4, 2007.
    Therefore on October 1, 2007, when Mr. Mangiameli was terminated he was discriminated against for this obvious pre-trextual reason that he could
( two continued on page three)

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____ Charging Party (Signature)

**NOTARY** - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
/s/ Girolamo Mangiameli

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA ☐ EEOC | |

_____ and EEOC

State or local Agency, if any

NAME (Indicate Mr., Ms., Mrs.) **Mr. Girolamo Mangiameli**

HOME TELEPHONE (Include Area Code)

STREET ADDRESS **1835 North 77th Avenue,**  CITY, STATE AND ZIP CODE **Elmwood Park, IL. 60707**

DATE OF BIRTH **6/15/52**

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME **Family Hyundai**        NUMBER OF EMPLOYEES, MEMBERS        TELEPHONE (Include Area Code) **1-708-429-0444**

STREET ADDRESS **159th Street,**   CITY, STATE AND ZIP CODE **Tinley Park, IL., 60477**   COUNTY **Cook&Will**

NAME _____  STREET ADDRESS _____  CITY, STATE AND ZIP CODE _____  TELEPHONE NUMBER _____  COUNTY _____

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ AGE
☐ RETALIATION   ☐ NATIONAL ORIGIN   ☒ Alleged mental-disability   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA) _____  LATEST (ALL) _____
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

not work full time.

Mr. Mangiameli seeks lost back wages, the return of his job and attorney's fees. Complaintant also seeks a reght to sue later.

(page three of three pages)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
*Girolamo Mangiameli*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year)

EEOC FORM 5 (Test 10/94)