

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear by Local Rules 83.12 through 83.14.

08CV3006
JUDGE ST. EVE
MAGISTRATE JUDGE SCHENKIER

In the Matter of

GIROLAMO MANGIAMELI

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GIROLAMO MANGIAMELI

MAY 2 3 2008
FILED
MAY 2 3 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SIGNATURE | Harry S. Wiler |
|---|---|
| FIRM | " " |
| STREET ADDRESS | 205 W. Randolph St |
| CITY/STATE/ZIP | Chicago IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312-726-2216 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |