AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

GIRALOMO MANGIAMELI

Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

FAMILY HYUNDAI, ~~INC~~

CASE NUMBER: 08CV3006
JUDGE ST. EVE
MAGISTRATE JUDGE SCHENKIER

DESIGNATED MAGISTRATE JUDGE: LS    X

TO: (Name and address of Defendant)

FAMILY HYUNDAI
159th St. TINLEY PARK IL.
PLEASE SERVE BURKE LOW AGENT
~~At ____~~ AT 330 N. WABASH, 22d Floor
CHICAGO, IL 60611

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harry S. Weber
205 W. Randolph St
Suite 1205
Chicago, IL 60606

an answer to the complaint which is herewith served upon you within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

J. Cervantes                                      MAY 23 2008

(By) DEPUTY CLERK                                 DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　*Date*　　　　　　　　　　　*Signature of Server*


_____
　　　　　　　　　　*Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
JUL - 8 2008
Jul 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AFFIDAVIT OF SPECIAL PROCESS SERVER
=================================================================

IN THE CIRCUIT ~~COURT OF COOK COUNTY, ILLINOIS~~ United States Dist court

| ** Cook ** | ********** Department ********** | 1st |
|---|---|---|
| (County) | (Municipal)      (Division) | (District) |

No. 08CV-3006

** LEONARD SMITH **

Being first duly sworn on oath deposes and says that he was appointed by the court on _____ to serve process in the above mentioned cause.

I. That he served the within summons and a copy of the complaint on the within named defendant, FAMILY HYUNDAI by leaving a copy of each with the said defendant ~~personally~~ on 06/19/08  _[signature]_ Ira Lerner agent

II. (a) That the sex, race and approximate age of the defendant or other person with whom he left the summons are as follows:
Sex M Race W Approximate Age 40
(b) That the place where (if possible in terms of an exact street address) and the date and time of the day when as follows
Place, 159TH ST, TINLEY PARK
Date, 06/19/08  Time of day, 3:05PM

_[signature]_
SPECIAL PROCESS SERVER (signature)

Signed and sworn to before me
6-20-08
_[signature]_
Notary public

OFFICIAL SEAL
MINDA SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/07/12

Case #: 08CV-3006
Person Served: PERSONAL
Sex: M
Race: W
Date served: 06/19/08
Time served: 3:05PM
Comment: S-