IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIROLAMO MANGIAMELI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 3006 |
| v. ) | |
| ) | Judge Amy St. Eve |
| FAMILY HYUNDAI, INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
APPEARANCE, *INSTANTER*, AND FOR ADDITIONAL TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, Watson Family Hyundai, Inc. d/b/a Family Hyundai ("Defendant"), moves this Court for leave to file its appearance, *instanter*, and for an additional 14 days, to and including July 25, 2008, to answer or otherwise plead to Plaintiff's complaint. In support of its motion, Defendant states as follows:

1. Defendant was served with the summons and complaint on June 19, 2008, and its appearance and responsive pleading was due on July 9, 2008.

2. Defendant recently retained counsel to handle this matter and seeks leave for its counsel to file its appearance, *instanter*. In addition, due to scheduling conflicts of Defendant's counsel, Defendant also requests an additional 14 days, to and including July 25, 2008, to answer or otherwise plead to the complaint.

3. No prior extensions have been requested by Defendant, and no prejudice will result by the granting of this motion.

WHEREFORE, defendant, Watson Family Hyundai, Inc. d/b/a Family Hyundai, respectfully requests that this Court enter an order granting it leave to file its appearance, *instanter*, and for an additional 14 days, to and including July 25, 2008, to answer or otherwise plead to Plaintiff's complaint.

          WATSON FAMILY HYUNDAI, INC. D/B/A
          FAMILY HYUNDAI,

          By: /s/ Kimberly A. Cloud
               One of its attorneys

Ira M. Levin (ARDC #6192178)
Martin K. LaPointe (ARDC #6195827)
Kimberly A. Cloud (ARDC #6278478)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607
(312) 840-7000 telephone
(312) 840-7900 facsimile
475569