IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIROLAMO MANGIAMELI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 3006 |
| v. ) | |
| ) | Judge Amy St. Eve |
| FAMILY HYUNDAI, INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendant. ) | |

### NOTICE OF MOTION

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that at 8:30 a.m. on the 16th day of July, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Amy St. Eve in Room 1241 at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in her place and stead, and then and there present Defendant's Motion for Leave to File Appearance, *Instanter*, and For Additional Time to Answer or Otherwise Plead to Plaintiff's Complaint, a copy of which is hereby served upon you.

Respectfully submitted,

WATSON FAMILY HYUNDAI, INC.
D/B/A FAMILY HYUNDAI

By:   s/ Kimberly A. Cloud
         One of Its Attorneys

Ira M. Levin (ARDC #6192178)
Martin K. LaPointe (ARDC #6195827)
Kimberly A. Cloud (ARDC #6278478)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611
(312) 840-7000 (Telephone)
(312) 840-7900 (Facsimile)
475578

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that she served a copy of the foregoing Notice of Motion and Defendant's Motion for Leave to File Appearance, *Instanter*, and For Additional Time to Answer or Otherwise Plead to Plaintiff's Complaint upon:

Mr. Harry S. Weber
205 W. Randolph St.
Suite 1205
Chicago, Illinois 60606

via email through the electronic filing system for the United States District Court for the Northern District of Illinois, Eastern Division on this 11th day of July, 2008.

_____s/   Kimberly A. Cloud_____