# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Girolamo Mangiameli

                              Plaintiff,

v.                                                      Case No.: 1:08−cv−03006
                                                        Honorable Amy J. St. Eve

Family Hyundai, Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

        MINUTE entry before the Honorable Amy J. St. Eve: Defendant's motion for
leave to file appearance, instanter, and for additional time [12] is granted. Defendant to
answer or otherwise plead by 7/25/08. No appearance is required on the 7/16/08 notice
date. Status hearing set for 7/23/08 is stricken and reset to 7/29/08 at 8:30 a.m. Mailed
notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.