IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GIROLAMO MANGIAMELI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAMILY HYUNDAI, INC., ) <br> ) <br> Defendant. ) | Case No. 08 C 3006 <br><br> Judge Amy St. Eve <br> Magistrate Judge Schenkier |

## NOTICE OF FILING

To:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on the 25th day of July, 2008, the undersigned caused to be filed Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint, in the Clerk's Office for the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is herewith served upon you.

Respectfully submitted,

WATSON FAMILY HYUNDAI, INC.
D/B/A FAMILY HYUNDAI

By:   s/ Kimberly A. Cloud
      One of Its Attorneys

Ira M. Levin (ARDC #6192178)
Martin K. LaPointe (ARDC #6195827)
Kimberly A. Cloud (ARDC #6278478)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Ave., 22nd Floor
Chicago, Illinois 60611
(312) 840-7000 (Telephone)
(312) 840-7900 (Facsimile)
476920

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that she served a copy of the foregoing Notice of Filing and Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint upon:

Mr. Harry S. Weber
205 W. Randolph St.
Suite 1205
Chicago, Illinois 60606
Fax: (312) 726-2210

via facsimile and first class mail on this 25th day of July, 2008.

                                              s/ Kimberly A. Cloud